UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF            )
OPERATING ENGINEERS               )
LOCAL 98, ET AL.,                 )
     Plaintiffs              )
                                  )
                v.      )  C.A. No. 10-cv-30243-MAP
                                  )
SHAWN'S LAWNS, INC., SEAN         )
M. WENDELL,                       )
     Defendants              )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
(Dkt. Nos. 10 & 16)

April 17, 2012

PONSOR, U.S.D.J.

    This is an action for unpaid contributions, plus interest and liquidated damages for those contributions, and untimely paid contributions resulting from Defendants' failure to abide by the terms of a collective bargaining agreement.  The complaint also seeks an audit and an injunction requiring Defendants to comply with their contractual obligations.

    On March 28, 2011, Plaintiffs filed a Motion for Default Judgment (Dkt. No. 10), which was referred to Magistrate Judge Kenneth P. Neiman for a report and recommendation.

    Following hearings in December 2011 and March 2012,

Judge Neiman issued his Report and Recommendation. The conclusion of the Report and Recommendation admonished any party objecting to the findings and recommendations that objections to the Report and Recommendation had to be filed within fourteen days. No objections have been filed.

Based on the foregoing, the court, upon de novo review, hereby ADOPTS the Report and Recommendation in its entirety. (Dkt. No. 16) and hereby ALLOWS Plaintiffs' Motion for Default Judgment (Dkt. No. 10). The clerk is ordered to enter the default judgment in Plaintiffs' favor in the amount of $351,984.37. In addition, the court orders the following equitable relief:

 1. that Shawn's Lawns, Inc. be required to produce its books and records for the period November 2009 to the date of this judgment for Plaintiffs' review and audit, to pay the reasonable costs and expenses of such an audit, to pay all reasonable attorney's fees and paralegal's fees and costs incurred in obtaining the audit;
 2. that Defendants be liable for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees, and

attorney's and paralegal's fees.

Upon entry of the money judgment and equitable order described above, this case may be closed.

It is So Ordered.

                                       <u>/s/ Michael A. Ponsor</u>
                                       MICHAEL A. PONSOR
                                       U. S. District Judge