# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL UNION OF ) <br> OPERATING ENGINEERS LOCAL ) <br> 98, ET AL., ) <br>     Plaintiff(s) ) <br> ) <br>            v. ) <br> ) <br> SHAWN'S LAWNS, INC., SEAN ) <br> M. WENDELL, ) <br>     Defendant(s) ) | CIVIL ACTION NO. 3:10-30243-MAP |

## DEFAULT JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for plaintiff International Union of Operating Engineers Local 98, et al., against the defendants Shawn's Lawns, Inc., et al., pursuant to the court's memorandum and order entered this date, granting plaintiff's motion for equitable relief and entry of default judgment in the amount of $351,984.37

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated: April 17, 2012                 By  /s/ *Maurice G. Lindsay*
                                               Maurice G. Lindsay
                                               Deputy Clerk